IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ferrell, Jeffery V | Case Number: 07 B 15592 |
|---|---|---|
| | Ferrell, Latonya | Judge: Squires, John H |
| | Printed: 4/8/08 | Filed: 8/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,100.00 | |
| Secured: | | 1,625.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,934.00 |
| Trustee Fee: | | 260.22 |
| Other Funds: | | 280.78 |
| Totals: | 5,100.00 | 5,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,934.00 | 2,934.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 21,083.57 | 1,625.00 |
| 5. | City Of Chicago | Secured | 575.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 1,992.00 | 0.00 |
| 7. | First Franklin Financial | Secured | 1,062.50 | 0.00 |
| 8. | Home Loan Services | Secured | 10,168.21 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 5,699.80 | 0.00 |
| 10. | Internal Revenue Service | Priority | 628.00 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 1,398.90 | 0.00 |
| 13. | T Mobile USA | Unsecured | 639.36 | 0.00 |
| 14. | Trnty/St Lns | Unsecured | 154.30 | 0.00 |
| 15. | Educational Credit Management Corp | Unsecured | 27,999.67 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 1,077.38 | 0.00 |
| 17. | RMI/MCSI | Unsecured | 150.00 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 984.82 | 0.00 |
| 19. | Cash Transfers Center | Unsecured | | No Claim Filed |
| 20. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 21. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 22. | CMI | Unsecured | | No Claim Filed |
| 23. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 24. | ER Solutions | Unsecured | | No Claim Filed |
| 25. | Bill White | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ferrell, Jeffery V  
Ferrell, Latonya  
Printed: 4/8/08

Case Number: 07 B 15592  
Judge: Squires, John H  
Filed: 8/28/07

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Credit Protection Association | Unsecured | | No Claim Filed |
| 27. | GEMB | Unsecured | | No Claim Filed |
| 28. | James & Carennea Farrel | Unsecured | | No Claim Filed |
| 29. | James Orrington | Unsecured | | No Claim Filed |
| 30. | Professional Account Management | Unsecured | | No Claim Filed |
| 31. | Imagine | Unsecured | | No Claim Filed |
| 32. | Payday Loan | Unsecured | | No Claim Filed |

$ 76,547.51        $ 4,559.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 260.22 |

$ 260.22

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____